**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TROLIS L. KIRBY,

    Petitioner,

v.                                        CASE NO:  8:05-CV-1765-T-30MSS

FLORIDA ATTORNEY GENERAL, et al.,

    Respondents.
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*.  A review of the file reveals that Petitioner has failed to comply with this Court's Order (Dkt. #7) dated November 15, 2005.

It is therefore ORDERED AND ADJUDGED that:

1.    The Petition (Dkt. #1) is stricken.

2.    This case is dismissed without prejudice.

3.    All pending motions are denied as moot.

4.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on March 23, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2005\05-cv-1765.dismissal.wpd*