UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TROLIS L. KIRBY,

    Petitioner,

v.                                        CASE NO: 8:05-CV-1765-T-30MSS

FLORIDA ATTORNEY GENERAL, et al.,

    Respondents.
_____/

# **ORDER**

THIS CAUSE comes before the Court *sua sponte*. Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Order (Dkt. #10) entered on May 5, 2008, is VACATED.

2. The Clerk is directed to RE-OPEN this case.

3. The Petitioner is directed to file a properly completed Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 within thirty (30) days of the entry of this Order. Failure to do so will result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Tampa, Florida on May 9, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2005\05-cv-1765.reopen.wpd*